

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Honorable Tom A. Craven
County Auditor, McLennan County
Waco, Texas

Dear Sir:

Opinion No. 0-5782
Re: Whether Article 3930,
Vernon's Annotated Civil
Statutes, authorizes a
county clerk to charge
a fee of 50¢ for his
certificate and seal
in furnishing a certified
copy of a will on file in
his office.

Your letter of December 22, 1943, requesting the opinion of this department on the above stated matter reads, in part, as follows:

"I will very much appreciate receiving from you an opinion as to whether or not Article #3930 of the Revised Civil Statutes of Texas authorizes a County Clerk to charge a fee of 50¢ for his certificate and seal in addition to the charge of 15¢ for the first 200 words and 10¢ for each additional 100 words, in furnishing a certified copy of a will on file in his office."

Article 3930, Vernon's Annotated Civil Statutes, provides, in part:

"Clerks of the County Court shall receive the following fees:

"* * * copies of interrogatories, cross-interrogatories and all other papers of record required to be copied by him, including certificate of seal, where the copy does not exceed 200 words, for each 100 words 15¢. When the copy exceeds 200 words, for each additional 100 words in excess of 200 words, 10¢ * * * Each certifi-

Honorable Tom A. Craven, page 2

.cate to any fact or facts contained in the re-
cords of his office with certificate and seal,
when not otherwise provided for 50¢* * *"

Generally speaking, it is well established in this State,
that statutes prescribing fees for public officers are strictly
construed; and hence a right to fees may not rest in implication.
(See the cases of McCalla v. City of Rockdale, 246 S. W. 654;
Binford v. Robinson, 244 S. W. 807; and Tex. Jur., Vol. 34, p.
506)

It is stated in Texas Jurisprudence, Volume 34, page 511:

"As hereinbefore stated, the compensation
of public officers is fixed by the Constitution
of Texas. Any officer may not claim or reach
any money without a law authorizing him to do
so, and clearly fixing the amount to which he
is entitled."

It will be noted that the foregoing statute (Article 3930,
V. A. C. S) authorizes a county clerk to receive fifteen cents
for each one hundred words where the copy does not exceed two
hundred words and ten cent for each additional one hundred words
where the copy exceeds two hundred words for copies of interroga-
tories, cross-interrogatories and all other papers or records
required to be copied by him, including certificate and seal.

It is our opinion that that provision of the statute reading:
"each certificate to any fact or facts contained in the records
of his office, with certificate and seal, when not otherwise provided
for 50¢," has no application whatsoever to the question under con-
sideration.

Therefore, after carefully considering Article 3930, V. A.
C. S., it is our opinion that a county clerk is not legally au-
thorized to charge a fee of fifty cents for a certificate and seal
in furnishing a certified copy of a will on file in his office.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Ardell Williams

Ardell Williams
Assistant

AW:KP